[No. 7167–3–II. Division Two. December 26, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. LYNN
RAY SCOTT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–1–00568–3, Hardyn B. Soule, J. Pro Tem.,
entered June 28, 1983. *Affirmed* by unpublished opinion
per Petrich, J., concurred in by Worswick, C.J., and Reed,
J.

[No. 7298–0–II. Division Two. December 26, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. ENOCH
WAYNE LARSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83–1–00350–6, Thomas R. Sauriol, J., entered
August 18, 1983. *Affirmed* by unpublished opinion per
Reed, J., concurred in by Worswick, C.J., and Alexander, J.

[No. 7140–1–II. Division Two. December 27, 1985.]

BETTY S. VOGEL, *Appellant,* v. CURTIS ROBY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 82–2–02607–2, Arthur W. Verharen, J., entered
June 3, 1983. *Affirmed* by unpublished opinion per Petrich,
J., concurred in by Worswick, C.J., and Reed, J.

[No. 6532–1–II. Division Two. December 27, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY
R. SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. C–1003, Robert J. Doran, J., entered July 29,
1982. *Affirmed* by unpublished opinion per Petrich, J., con-
curred in by Worswick, C.J., and Reed, J.